IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| **Lawrence Johnson and Dorothy Johnson,** | ) | **Case No. 1:15-cv-00376-JMC** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **NCC Business Services, Inc.** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE J. MICHELLE CHILDS:

Plaintiffs, Lawrence Johnson and Dorothy Johnson, and Defendant, NCC Business Services, Inc., file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Lawrence Johnson and Dorothy Johnson and NCC Business Services, Inc. to be determined by this Court. The Plaintiffs hereby stipulate that all claims or causes of action against Defendant which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted,

/s/ Penny Hays Cauley
**Penny Hays Cauley**
Federal ID #10323
**HAYS CAULEY, P.C.**
1303 West Evans Street
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com
**Attorney for Plaintiffs**


/s/ Chad V. Echols
Chad V. Echols
Federal ID #9810
**THE ECHOLS FIRM, LLC**
P.O. Box 12645
Rock Hill, SC 29731
(803) 329-8970
(803) 329-7678 Facsimile
chad.echols@theecholsfirm.com
**Attorney for Defendant**